UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTONIO VASQUEZ ESCARCEGA, )<br>  )<br>      Petitioner, )<br>  )<br>v. )<br>  )<br>SAM OLSON, et al., )<br>  )<br>      Respondents. ) | Case No. CIV-25-1129-J |

## JUDGMENT

Pursuant to the Order filed this same day, the Court grants Petitioner's habeas petition. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or otherwise release Petitioner.

IT IS SO ORDERED this 20th day of November, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE